THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Eric Jermole
 Dade, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2010-UP-444
 Submitted October 1, 2010  Filed October
14, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best, of Columbia, for
 Appellant.
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER
 CURIAM: Eric Jermole Dade appeals the
 revocation of his probation, arguing the trial court committed an abuse of
 discretion by revoking his probation.  After
 a thorough review of the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Dade's appeal and grant counsel's petition to be relieved. 
APPEAL
 DISMISSED.
FEW, C.J., HUFF and GEATHERS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.